**Order entered September 2, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00782-CV

**EBAY INC., Appellant**

**V.**

**MARY KAY INC., Appellee**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-1403318**

## ORDER

We **GRANT** appellant's August 29, 2014 unopposed second motion for an extension of

time to file a brief. Appellant shall file its brief on or before **Monday, September 8, 2014**.


/s/     ADA BROWN
          JUSTICE